IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCUS NATHANIEL WILLIAMS,

    Plaintiff,

v.                                                         Civil Action No. **3:22CV753**

**WILLIAM DIEHL**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 29, 2022, the Court conditionally docketed Plaintiff's action. On January 12, 2023, the United States Postal Service returned the Memorandum Order entered on December 29, 2022, to the Court marked, "NOT HERE," and "RETURN TO SENDER." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                   /s/
                                                         Roderick C. Young
Date: February 6, 2023                                   United States District Judge
Richmond, Virginia